UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ruben V.,

    Petitioner,

v.

Kristi Noem, et al.,

    Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 26-00532 (MJD/SGE)

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner.

Ana H. Voss, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins filed January 28, 2026.  **[Doc. 6.]**  Respondents have filed objections to the Report and Recommendation.  Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Elkins.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins filed January 28, 2026. **[Doc. 6.]** as follows:

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**;

2. Respondents are ordered to immediately release Petitioner Ruben V.; and

3. Respondents are ordered to notify the Court and opposing counsel within 24 hours of Petitioner's release to confirm that the release has occurred.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 31, 2026                     s/Michale J. Davis
                                             Michael J. Davis
                                             United States District Court