# UNITED STATES DISTRICT COURT
## District of Minnesota

Ruben Vidal Alvacora,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-532 MJD/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins filed January 28, 2026. **[Doc. 6.]** as follows:

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**;
2. Respondents are ordered to immediately release Petitioner Ruben V.; and
3. Respondents are ordered to notify the Court and opposing counsel within 24 hours of Petitioner's release to confirm that the release has occurred.

Date: 1/31/2026

KATE M. FOGARTY, CLERK