UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ruben V.,

      Petitioner,

v.                                    **ORDER DISMISSING WRIT OF HABEAS CORPUS**
                                    Civil File No. 26-00532 (MJD/SGE)

Kristi Noem, et al.,

      Defendants.

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner.

Ana H. Voss, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

On January 31, 2026, the Court granted Petitioner Ruben V.'s Petition for Writ of Habeas Corpus. [**Doc 9**.] As part of that Order, the parties were required to immediately release Petitioner Ruben V. and notify the Court within 24 hours to confirm that the release occurred.

On February 2, 2026, the Respondents provided a status update informing the Court that Petitioner had been released from custody in the evening of February 2, 2026. [**Doc. 11.**]

2

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Ruben V.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 3, 2026              s/Michael J. Davis
                                      Michael J. Davis
                                      United States District Court