# UNITED STATES DISTRICT COURT

## District of Minnesota

Ruben Vidal Alvacora,

Petitioner,

v.

Pamela Bondi, Kristi Noem,
Todd Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-532 MJD/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Ruben V.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 2/3/2026

KATE M. FOGARTY, CLERK